UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INTERNATIONAL MEDICAL GROUP, INC., )<br>*Plaintiff*, )<br> )<br>*vs*. )<br> )<br>PAUL WALKER and ESSENTIAL HEALTH LTD. )<br>*Defendants.* )<br> ) | 1:08-cv-00923-JMS-TAB |

### ORDER

Previously before the Court is the Magistrate Judge's Report and Recommendation concerning motions pending as Docket Numbers 80, 88, and 100. [Dkt. 131.] Defendants advise that, although they continue to believe the Court erroneously required them to produce certain items during discovery, they have now produced all the items ordered to be produced and that they have no objection to the attorney's fee award recommended by the Magistrate Judge; in other words, they lodge no objection for the Court to consider here. [Dkt. 149.] Plaintiff has advised the Court's staff that it doesn't intend to respond to the Defendants' filing.

Finding no error in the Magistrate Judge's Report and Recommendation, [dkt. 131], the Court now **ADOPTS** it **IN FULL** pursuant to Federal Rule of Civil Procure 72. Defendants must pay Plaintiff the required attorney's fees within **ten days**, unless the parties stipulate to a longer time in writing.

08/10/2010

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Tracy Nicole Betz
TAFT STETTINIUS & HOLLISTER LLP
tbetz@taftlaw.com

James Patrick Hanlon
BAKER & DANIELS - Indianapolis
jphanlon@bakerd.com

Ryan Michael Hurley
BAKER & DANIELS - Indianapolis
ryan.hurley@bakerd.com

Fred Anthony Paganelli
TAFT STETTINIUS & HOLLISTER LLP
paganelli@taftlaw.com

Carl R. Pebworth
BAKER & DANIELS - Indianapolis
carl.pebworth@bakerd.com

Joseph H. Yeager Jr
BAKER & DANIELS - Indianapolis
jhyeager@bakerd.com